UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL SALT COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BOSTON, <br><br> Defendant. | Civil Action No. 0510921-RGS |

### CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

Counsel for and an authorized representative of International Salt Company, LLC hereby certify that: a) they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses of the litigation; and b) to consider the resolution of the litigation through the use of alternative dispute resolution.

INTERNATIONAL SALT COMPANY, LLC

_____
Robert H. Jones, Chief Executive Officer

INTERNATIONAL SALT COMPANY, LLC

By its attorneys,

By: *[signature]*
Bruce W. Edmands, Esquire (BBO #151360)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
(617) 342-6800
(617) 342-6899 (facsimile)

Date: *Nov. 18, 2005*

*Of Counsel:*

Neil G. Epstein, Esquire
Brad P. Bender, Esquire
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102
(215) 851-8400
(215) 851-8383 (facsimile)

*MO532144*

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (mail) on 11/18/05.