UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL SALT COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON,<br><br>Defendant. | Civil Action No. 0510921-RGS |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties, having conferred, hereby submit the within Joint Statement.

I.  MATTERS TO BE DISCUSSED AT THE SCHEDULING CONFERENCE

    A.  Amenability of parties to mediation;

    B.  Discovery and Pretrial Schedule

II.  JOINT DISCOVERY PLAN

    A.  Mandatory discovery completed by 1/23/05

    B.  Discovery completed by 6/30/06

III.  PROPOSED MOTION SCHEDULE

    A.  Dispositive motions to be served and filed 30 days after discovery;

    B.  Oppositions due 30 days after service of motion

    C.  Replies due in 15 days..

IV.  CERTIFICATIONS

    1.  International Salt has filed its certification separately.

{K0313925.1}

INTERNATIONAL SALT COMPANY, LLC

By its attorneys,

By: s/
Bruce W. Edmands, Esquire   (BBO #151360)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
(617) 342-6800
(617) 342-6899 (facsimile)

Date: November 22, 2005

CITY OF BOSTON

By its Attorney

s/
Justin F. Kollar, Esq.  (BBO #661086)
Assistant Corporation Counsel
City of Boston Law Department
615 City Hall
City Hall Plaza
Boston, MA  02201
(617) 635-4030
(617) 635-2012 (facsimile)

Date: November 22, 2005

{K0313925.1}                                 2