UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL SALT COMPANY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05 10921 RGS |
| ) | |
| CITY OF BOSTON, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

    Please enter my Notice of Appearance as attorney for the Defendant City of Boston in the above-entitled action.

        Respectfully submitted
        **DEFENDANT, City of Boston**
        By its attorney
        Merita A. Hopkins
        Corporation Counsel

        /s/ Justin F. Kollar
        Justin F. Kollar BBO#661086
        Assistant Corporation Counsel
        City of Boston Law Department
        City Hall, Room 615
        Boston, MA 02201
        (617) 635-4030