UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL SALT COMPANY, LLC, <br> Plaintiff <br><br> v. <br><br> CITY OF BOSTON, et al., <br> Defendants. | Civil Action No. 05-10921-RGS |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

Please enter my appearance as attorney of record for the Defendant, City of Boston, in the above-captioned case.

Respectfully submitted,

DEFENDANT, CITY OF BOSTON,
By its Attorneys,
William F. Sinnott, Corporation Counsel

/s/ John M. Alden
_____
Joseph M. Alden, BBO# 654124    By EAF per JMA, ESQ.
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4031