**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|                                                    |                              |
|----------------------------------------------------|------------------------------|
| INTERNATIONAL SALT COMPANY, LLC,  <br> Plaintiff   |                              |
| v.                                                 | Civil Action No. 05-10921-RGS |
| CITY OF BOSTON, et al.,  <br> Defendants.          |                              |

## JOINT MOTION TO EXTEND SCHEDULING ORDER

NOW COME the parties to the above-captioned matter and jointly request that this Honorable Court extend the scheduling order to the dates set forth below.

As grounds therefore, the parties state that:

1. This Honorable Court ordered a discovery deadline of June 30, 2006 at the pretrial scheduling conference of November 29, 2005.

2. Due to health issues, Public Works Commissioner Casazza was unable to participate in the discovery process until late last month. The deposition of Commissioner Casazza was held on June 23, 2006.

3. Prior counsel for defendant, City of Boston, will be ending his practice of law in the Commonwealth of Massachusetts. As such, defendant, City of Boston, has been compelled to retain new counsel who must become familiar with all facts relating to the contractual dispute at issue in this litigation.

4. Accordingly, the Parties request that this Court allow their motion to extend the scheduling order to extend time to complete discovery by 90 days to September 29, 2006, thereby allowing for additional discovery and review in light of both the recent

deposition of Commissioner Casazza and departure of prior counsel for defendant, City of Boston.

5. The deadline for the service of dispositive motions in this case is presently set for July 28, the parties request that this deadline be amended to October 30, 2006; with oppositions served thirty days after that date; and replies thereto fifteen days from the date of service of the opposition.

6. There is no prejudice to either party in allowing the instant motion; and,

7. Counsel for both parties jointly request the extension of the scheduling order.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, City of Boston |
|---|---|
| International Salt Co., LLC | William F. Sinnott |
| | Corporation Counsel |
| By its attorneys: | By its attorneys: |
| /s/ Bruce W. Edmands | /s/ Joseph M. Alden |
| Bruce W. Edmands, Esq., BBO #151360 | Jospeh M. Alden, Esq., BBO#654124 |
| Eckert Seamans Cherin & Melliot, LLC | Assistant Corporation Counsel |
| One International Place, 18th Floor | City of Boston Law Department |
| Boston, MA 02110 | Room 615, City Hall |
| (617)342.6886 (direct dial) | Boston, Massachusetts 02201 |
| (617)342.6899 (facsimile) | (617) 635-4030 |

Date: July 11, 2006