**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INTERNATIONAL SALT COMPANY, LLC,<br>　　　Plaintiff<br><br>v.<br><br>CITY OF BOSTON, et al.,<br>　　　Defendants. | Civil Action No. 05-10921-RGS |

## JOINT MOTION TO EXTEND SCHEDULING ORDER

NOW COME the parties to the above-captioned matter and jointly request that this Honorable Court extend the scheduling order to the dates set forth below.

As grounds therefore, the parties state that:

1. This Honorable Court ordered a discovery deadline of June 30, 2006 at the pretrial scheduling conference of November 29, 2005.

2. At the parties' request, this Honorable Court previously ordered an extension of the discovery deadline to September 29, 2006 due to both health-related delays in deposing a key witness who is an employee of defendant, City of Boston ("Defendant" or "City") and the unexpected departure of prior counsel for Defendant.

3. During the intervening months since that time, on or about July 12, 2006, counsel for both parties have deposed multiple witnesses concerning the subject matter in dispute.

4. However, due to the location of plaintiff, International Salt Company, LLC's ("Plaintiff" or "ISC") corporate offices in Scranton, Pennsylvania ("Scranton"), and the presence of counsel for both parties in Boston, Massachusetts, the parties have been unable to complete discovery, specifically relating to completing depositions of specific employees of ISC who are located in Scranton.

5. Moreover, the parties were only able to complete the deposition of Plaintiff's Chief Executive Officer, Robert Jones, within the last week, and transcripts reflecting recent depositions of both Plaintiff's Vice President, Daniel Thomson, who executed the contract at issue in this case, and one other ISC employee with information relevant to performance under the terms of that contract were only made available to counsel for both parties on September 19, 2006.

6. Accordingly, the parties request that this Honorable Court allow their motion to extend the scheduling order by extending the discovery deadline for thirty (30) days to October 30, 2006, thereby allowing additional time for both parties to complete their ongoing discovery in light of the distance that must be traversed in order to depose ISC employees located in Scranton that possess information relevant to the subject matter at issue in this litigation.

7. The deadline for the service of dispositive motions in this case is presently set for October 30, 2006, the parties request that this deadline be amended to November 30, 2006; with oppositions served forty-five days after that date; and replies thereto fifteen days from the date of service of the opposition.

8. There is no prejudice to either party in allowing the instant motion; and,

9. Counsel for both parties jointly request this extension of the scheduling order.

Respectfully submitted,

| | |
|---|---|
| For the Plaintiff,<br>International Salt Co., LLC | For the Defendant, City of Boston,<br>William F. Sinnott,<br>Corporation Counsel |
| By its Attorneys: | By its Attorneys: |
| /s/ Bruce W. Edmands<br>Bruce W. Edmands, Esq., BBO #151360<br>Eckert Seamans Cherin & Melliot, LLC<br>One International Place, 18th Floor<br>Boston, MA 02110<br>(617)342.6886 (direct dial)<br>(617)342.6899 (facsimile) | /s/ Joseph M. Alden<br>Jospeh M. Alden, Esq., BBO#654124<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, Massachusetts 02201<br>(617) 635-4030 |

Date:  September 28, 2006