## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL SALT COMPANY, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF BOSTON, )<br>)<br>Defendant. ) | Civil Action No. 05-10921-RGS |

### JOINT MOTION TO EXTEND SCHEDULING ORDER

NOW COME the parties to the above-captioned matter and jointly request that this Honorable Court extend the scheduling order to the dates set forth below.

As grounds therefore, the parties state that:

1. The Plaintiff's counsel seeks to depose a witness who is currently enrolled in the Boston Fire Academy.

2. The witness that Plaintiff's counsel now seeks to depose was previously unknown to counsel for either of the parties to this litigation, and his identity was only confirmed as of October 31, 2006

3. As a result of the training regimen at the Boston Fire Academy that the witness is currently undergoing, the witness is unavailable to be deposed until at least November 15, 2006.

4. Accordingly, the parties request that this Honorable Court allow their motion to extend the scheduling order by extending the discovery deadline for forty (40) days to December 8, 2006, thereby allowing additional time for both parties to complete their ongoing

discovery in light of the unavailability of at least one previously unknown and unidentified witness.

5. The deadline for the service of dispositive motions in this case is presently set for November 30, 2006, the parties request that this deadline be amended to January 19, 2006; with oppositions served forty-five days after that date; and replies thereto fifteen days from the date of service of the opposition.

6. There is no prejudice to either party in allowing the instant motion; and,

7. Counsel for both parties jointly request this extension of the scheduling order.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, City of Boston, |
| International Salt Co., LLC | William F. Sinnott, |
| | Corporation Counsel |

By its Attorneys:                        By its Attorneys:

/s/ Bruce W. Edmands                     /s/ Joseph M. Alden
Bruce W. Edmands, Esq., BBO #151360      Jospeh M. Alden, Esq., BBO#654124
Eckert Seamans Cherin & Mellot, LLC      Assistant Corporation Counsel
One International Place, 18th Floor      City of Boston Law Department
Boston, MA 02110                         One City Hall Plaza, Room 615
(617) 342-6886 (direct dial)             Boston, MA 02201
(617) 342-6899 (facsimile)               (617) 635-4030

Date:   November 1, 2006