UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INTERNATIONAL SALT COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **C. A. No. 05-10921-RGS** |
| CITY OF BOSTON, | ) ) ) | |
| Defendant. | ) ) | |

TO THE CLERK OF THE ABOVE REFERENCED COURT:

Kindly enter my appearance as counsel of record for the Defendant, City of Boston, in the above-captioned matter.

Respectfully submitted,

DEFENDANT, CITY OF BOSTON
By its attorneys:

William F. Sinnott
Corporation Counsel


 /s/   Scott C. Holmes
Scott C. Holmes, BBO#544545
Senior Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4042

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2007, this document, having been filed through the ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies were sent to those parties indicated thereon as non-registered participants.

      /s/      Scott C. Holmes
      Scott C. Holmes, Esq.
      BBO # 544545
      Senior Assistant Corporation Counsel
      City of Boston