## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL SALT COMPANY, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF BOSTON, )<br>)<br>Defendant. )<br>) | C. A. No. USDC05-10921-RGS |

TO THE CLERK OF THE ABOVE REFERENCED COURT:

    Kindly enter my appearance as counsel of record for the Defendant, City of Boston in the above-captioned matter.

Respectfully submitted,

**CERTIFICATE OF SERVICE**

**I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.**

_10/01/07_   _/s/ Anouk Danan_
Date

DEFENDANT, CITY OF BOSTON
By its attorneys:

William F. Sinnott
Corporation Counsel

/s/ Anouk Danan
Anouk Danan, BBO#657821
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4038