UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL SALT COMPANY, LLC, ) | |
| ) | |
| Plaintiff, ) | Docket No.05-cv-10921-RGS |
| ) | |
| v. ) | |
| ) | |
| CITY OF BOSTON, ) | |
| ) | |
| Defendant. ) | |

**MOTION OF THE DEFENDANT CITY OF BOSTON
FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(b)**

NOW COMES the Defendant, City of Boston ("City") and moves for summary judgment on all claims brought by the Plaintiff, International Salt Company, LLC ("ISCO"). ISCO is unable, as a matter of law, to demonstrate sufficient evidence to establish the essential elements of its claims. Additional grounds are included within the City's attached Memorandum of Law in Support of its Motion for Summary Judgment and the City's Statement of Undisputed Facts Pursuant to Local Rule 56.1.

Respectfully submitted,
DEFENDANT, CITY OF BOSTON
By its attorneys:

William F. Sinnot
Corporation Counsel

/s/ Anouk Danan
Anouk Danan, BBO# 657821
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
617.635.4038

Dated: October 4, 2007

1

2

## **CERTIFICATE OF SERVICE**

I, Anouk Danan, certify that on this 4th day of October, 2007, a copy of the foregoing was served via the court's electronic service upon all counsel of record.

                                            /s/ Anouk Danan
                                            Anouk Danan