UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INTERNATIONAL SALT COMPANY, LLC,<br>    Plaintiff<br><br>    v.<br><br>CITY OF BOSTON,<br>    Defendant | C.A. NO. 05-10921-RGS |

TO THE CLERK OF THE ABOVE REFERENCED COURT:

Kindly enter my appearance as counsel of record for the Defendant, City of Boston, in the above captioned matter.

Respectfully submitted,

DEFENDANT, CITY OF BOSTON
By its attorneys:

William F. Sinnott
Corporation Counsel

/s/ Susan M. Weise
Susan M. Weise
First Assistant Corporation Counsel
City of Boston Law Department
Room 615 – Boston City Hall
Boston, MA 02201
(617) 635-4040
BBO No. 545455