UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INTERNATIONAL SALT COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Docket No.05-cv-10921-RGS |
| v. | ) ) | |
| CITY OF BOSTON, | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT, CITY OF BOSTON'S CERTIFICATION**
**PURSUANT TO LOCAL RULE 7.1(A)(2)**

The Defendant, City of Boston ("the City") hereby certifies, pursuant to Local Rule 7.1(A)(2), that counsel for the City has conferred with Plaintiff's counsel in the above-entitled action, in a good faith attempt to resolve or narrow the issues raised by the *Defendant, City Of Boston's Motion for Leave to file Motion for Summary Judgment Late and Motion for Summary Judgment, Pursuant to Fed.R.Civ.P. 56.* The City further certifies that the filing of the Defendant's Motion is necessary to resolve these issues. Plaintiff's counsel will oppose the City's Motion for Leave and Motion for Summary Judgment.

1

                    Respectfully submitted,
                    DEFENDANT, CITY OF BOSTON
                    By its attorneys:

                    William F. Sinnot
                    Corporation Counsel

                    /s/ Anouk Danan
                    Anouk Danan, BBO# 657821
                    Assistant Corporation Counsel
                    City of Boston Law Department
                    Room 615, City Hall
                    Boston, MA 02201
                    617.635.4038

Dated: October 10, 2007

## CERTIFICATE OF SERVICE

I, Anouk Danan, certify that on this 10th day of October, 2007, a copy of the foregoing was served via the court's electronic service upon all counsel of record.

                    /s/ Anouk Danan
                    Anouk Danan