UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INTERNATIONAL SALT COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C. A. No. 05-10921-RGS |
| CITY OF BOSTON, | ) ) | |
| Defendant. | ) ) ) | |

TO THE CLERK OF THE ABOVE REFERENCED COURT:

     Kindly enter my appearance as counsel of record for the Defendant, City of Boston, in the above-captioned matter.

                            Respectfully submitted,

                            DEFENDANT, CITY OF BOSTON
                            By its attorneys:

                            William F. Sinnott
                            Corporation Counsel

                            _/s/_ Adam Cederbaum_____
                            Adam Cederbaum, BBO#661549
                            Assistant Corporation Counsel
                            City of Boston Law Department
                            Room 615, City Hall
                            Boston, MA 02201
                            (617) 635-4030

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 19, 2007, this document, having been filed through the ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies were sent to those parties indicated thereon as non-registered participants.

               /s/  Adam Cederbaum
               Adam Cederbaum
               BBO # 661549
               Assistant Corporation Counsel
               City of Boston