UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL SALT CO, LLC<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON<br><br>Defendants. | Docket No: 05-CV-10921-RGS |

## JOINT WITNESS LIST

For purposes of trial, the parties to this action hereby designate the following as their prospective witnesses:

**Plaintiff's List of Prospective Witnesses:**

Robert Jones, Chief Executive Officer, International Salt Company.

Daniel Thompson, Vice President, International Salt Company

Thomas Labash, Empremar S.A.

Harald Stavness, Peraco Chartering (USA), Inc.

**Defendant's List of Prospective Witnesses;**

1. William Hannan, Purchasing Agent, City of Boston;

2. Vincent Caiani, Assistant Purchasing Agent, City of Boston;

3. Joseph Canavan, Superintendent, Highway Division, Department of Public Works;

4. Michael Dennehy, Senior Administrative Analyst, Highway Division, Department of Public Works;

5. Andrew Doherty, Senior Administrative Analyst, Highway Division, Department of Public Works;

6. Joseph Casazza, Former Commissioner, Department of Public Works; and

7. Sally Glora, Auditor, City of Boston.

| **CITY OF BOSTON** | **INTERNATIONAL SALT CO., LLC** |
|---|---|
| By its attorneys | By its attorneys, |
| William F. Sinnott<br>Corporation Counsel | |
| /s/Scott C. Holmes<br>Scott C. Holmes (BBO#544545)<br>Senior Assistant Corporation Counsel<br>Adam N. Cederbaum (BBO#661549)<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>617-635-4042 | /s/Bruce W. Edmands<br>Bruce W. Edmands (BBO# 151360)<br>Julia B. Vacek (BBO#664689)<br>ECKERT SEAMANS CHERIN & MELLOTT<br>One International Place<br>Boston, MA 02110<br>Tel: 617-342-6886 |

Date:  January 4, 2008