UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-cv-10921-RGS

| | |
|---|---|
| INTERNATIONAL SALT COMPANY, LLC<br>    Plaintiff,<br><br>v.<br><br>CITY OF BOSTON<br>    Defendant. | |

**DEFENDANT CITY OF BOSTON'S MOTION FOR
LEAVE TO SUBMIT ADDITIONAL PAGES**

      The Defendant, City of Boston ("City"), hereby moves pursuant to United States District Court for the District of Massachusetts Local Rule 7.1(B)(4), for leave to exceed twenty pages of length in its post-trial memorandum in the above-captioned case. As reason for this request, the City states that twenty pages may not provide enough space to address the multiple legal and factual issues stemming from the trial of this case.

      *Therefore*, the City respectfully requests that such leave be granted.

1

                                                Respectfully submitted,
                                                DEFENDANT, CITY OF BOSTON
                                                William F. Sinnott
                                                Corporation Counsel
                                                By its attorney:

Date: February 8, 2008                    ___/s/ Adam N. Cederbaum_____
                                                Scott C. Holmes, BBO #544545
                                                Adam N. Cederbaum, BBO #661549
                                                Assistant Corporation Counsel
                                                City of Boston Law Department
                                                Room 615, City Hall
                                                Boston, MA 02201
                                                (617) 635-4042 (SH)
                                                (617) 635-4030 (AC)

## **CERTIFICATE OF SERVICE**

I, Adam Cederbaum, certify that on this 8th day of February, 2008, a copy of the foregoing was served via the court's electronic service upon all counsel of record.

                                                /s/ Adam Cederbaum
                                                Adam Cederbaum