# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

INTERNATIONAL SALT  CO., LLC
Plaintiff(s)

v.                                   CIVIL ACTION NO.  05-10921-RGS

CITY OF BOSTON
Defendant(s)

**JUDGMENT IN A CIVIL CASE**

STEARNS,                      , D.J.

☐ **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried
and the jury has rendered its verdict.

X **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have
been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

**JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT,**

**CITY OF BOSTON.**

SARAH A. THORNTON,
CLERK OF COURT

/S/ Mary H. Johnson

Dated:_____4/23/08_____          By _____
                                         Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)