# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL SALT CO., LLC<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOSTON,<br><br>Defendant | Docket No: 05-CV-10921-RGS |

### PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that the Plaintiff International Salt Co., LLC, hereby appeals from the Findings of Fact and Rulings of Law after a Non-Jury Trial and Order dated April 18, 2008 and from the Judgment entered in the above entitled action on April 23, 2008 to the United States Court of Appeals for the First Circuit.

                          INTERNATIONAL SALT CO., LLC

                          By its attorneys,

                          /s/Bruce W. Edmands
                          Bruce W. Edmands (BBO# 151360)
                          ECKERT SEAMANS CHERIN & MELLOTT
                          One International Place
                          Boston, MA 02110
                          Tel: 617-342-6886

Date: May 15, 2008

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and accurate copy of the above Notice of Appeal was served on each other party in this action by and through the Court's Electronic Filing service on May 15, 2008.

/s/ Bruce W. Edmands