UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10921

International Salt Co., LLC

v.

City of Boston

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-39

No Sealed Documents

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/15/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 22, 2008.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/22/08.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10921-RGS

International Salt Company, LLC v. City of Boston
Assigned to: Judge Richard G. Stearns
Cause: 28:1346 Breach of Contract

Date Filed: 05/04/2005
Date Terminated: 04/18/2008
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**International Salt Company, LLC**     represented by **Bruce W. Edmands**
Eckert Seamans Cherin & Mellott, LLC

18th Floor
One International Place
Boston, MA 02110
617-342-6886
Fax: 617-342-6899
Email: bedmands@eckertseamans.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Boston**     represented by **Christopher M. Mensoian**
City of Boston Law Department
City Hall
Room 615
Boston, MA 02201
617-635-4034
Fax: 617-635-2012
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin F. Kollar**
City Of Boston Law Department
Room 615
City Hall
Boston, MA 02201
617-635-4010
Fax: 617-635-2012
Email: justin.kollar@gmail.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott C. Holmes**
City of Boston Law Department
Boston City Hall
One City Hall Plaza
Room 615
Boston, MA 02201
617-635-4042
Fax: 617-635-3199
Email: Scott.Holmes@cityofboston.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam N. Cederbaum**
City Of Boston Law Department
City Hall
Boston, MA 02201
617-635-4030
Fax: 617-635-2012
Email: adam.cederbaum@cityofboston.gov
*ATTORNEY TO BE NOTICED*

**Anouk Danan**
City Of Boston Law Department
Room 615
City Hall
Boston, MA 02201
617-635-4038
Fax: 617-635-2012
Email: anouk.danan@cityofboston.gov
*ATTORNEY TO BE NOTICED*

**Joseph Michael Alden**
Hyatt, Peters & Weber, LLP
1919 West Street
Annapolis, MD 21401
410-266-0626
Fax: 410-841-5065
*ATTORNEY TO BE NOTICED*

**Susan M. Weise**
City of Boston Law Department
Boston City Hall
Room 615
Boston, MA 02201
617-635-4040

Fax: 617-635-3199
Email: susan.weise@cityofboston.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2005 | 1 | COMPLAINT against City of Boston Filing fee: $ 250, receipt number 6362, filed by International Salt Company, LLC. (Attachments: # 1 # 2)(Flaherty, Elaine) (Entered: 05/05/2005) |
| 05/04/2005 | | Summons Issued as to City of Boston. (Flaherty, Elaine) (Entered: 05/05/2005) |
| 05/04/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Flaherty, Elaine) (Entered: 05/05/2005) |
| 08/31/2005 | 2 | ANSWER to Complaint with Jury Demand by City of Boston.(Mensoian, Christopher) (Entered: 08/31/2005) |
| 11/03/2005 | 3 | NOTICE of Scheduling Conference: Scheduling Conference set for 11/29/2005 03:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 11/03/2005) |
| 11/18/2005 | 4 | CERTIFICATION pursuant to Local Rule 16.1 by International Salt Company, LLC.(Edmands, Bruce) (Entered: 11/18/2005) |
| 11/22/2005 | 5 | JOINT SUBMISSION pursuant to Local Rule 16.1 *(D)* by International Salt Company, LLC.(Edmands, Bruce) (Entered: 11/22/2005) |
| 11/22/2005 | 6 | NOTICE of Appearance by Justin F. Kollar on behalf of City of Boston (Kollar, Justin) (Entered: 11/22/2005) |
| 11/29/2005 | | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns : Scheduling Conference held on 11/29/2005. Atty. Edmands presentfor the pltf. Atty. Kollar present (by telephone) for the deft.Court adopts schedule as follows: all discovery shall be completedby 6-30-06; dispositive motions to be filed by July 30, 2006 with oppositionsdue 30 days thereafter, and replies 15 days after. (Court Reporter None.) (Johnson, Mary) (Entered: 12/07/2005) |
| 04/28/2006 | 7 | STIPULATION *of both Parties to Confidentiality and Order* by International Salt Company, LLC, City of Boston. (Edmands, Bruce) (Entered: 04/28/2006) |
| 05/01/2006 | | E-Mail Notice returned as undeliverable. Name of Addressee: Christopher Mensoian. The ECF Help Desk has attempted to contact Attorney Mensoian. The City of Boston Law dept has advised that the attorney is no longer employed at that office. The ECF database has been updated to remove his email address, to prevent the return of additional undeliverable email notices. (Hurley, Virginia) (Entered: 05/01/2006) |
| 05/03/2006 | 8 | Judge Richard G. Stearns : ORDER entered. PROTECTIVE ORDER |

| | | |
|---|---|---|
| | | (Flaherty, Elaine) (Entered: 05/05/2006) |
| 07/11/2006 | 9 | NOTICE of Appearance by Joseph Michael Alden on behalf of City of Boston (Alden, Joseph) Additional attachment(s) added on 7/12/2006 (Flaherty, Elaine). (Entered: 07/11/2006) |
| 07/11/2006 | 10 | Joint MOTION for Extension of Time to September 29, 2006 to extend scheduling order *by International Salt Co. and* by City of Boston.(Alden, Joseph) (Entered: 07/11/2006) |
| 07/12/2006 | | Notice of correction to docket made by Court staff. Correction: document #09 corrected because: unsigned (Flaherty, Elaine) (Entered: 07/12/2006) |
| 07/12/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 10 Motion for Extension of Time "discovery deadline 9/29/06" (Flaherty, Elaine) (Entered: 07/12/2006) |
| 09/29/2006 | 11 | Joint MOTION for Extension of Time to October 30, 2006 to Extend Scheduling Order by City of Boston.(Alden, Joseph) (Entered: 09/29/2006) |
| 10/01/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 11 Motion for Extension of Time discovery by 10/30/06. Dispositive motions by 11/30/06; opps 45 days; replies 15 days. (Flaherty, Elaine) (Entered: 10/02/2006) |
| 10/02/2006 | | E-Mail Notice originally issued on 9/29/06 returned as undeliverable. Name of Addressee: Justin Kollar. The ECF Help Desk contacted the law firm, who advised that the attorney is no longer employed by that office. The attorney's email address has been removed from the database to prevent the return of additional undeliverable email addresses. (Hurley, Virginia) (Entered: 10/02/2006) |
| 11/01/2006 | 12 | Joint MOTION to Continue Discovery to 12/8/2006 by City of Boston. (Alden, Joseph) (Entered: 11/01/2006) |
| 11/02/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 12 Motion to extend scheduling order: discovery 12/8/06; dispositive motions 1/19/07; opps 45 days after; replies 15 days after. (Flaherty, Elaine) (Entered: 11/02/2006) |
| 05/10/2007 | 13 | Judge Richard G. Stearns : ORDER entered. PROCEDURAL ORDER re pretrial/trial: Final Pretrial Conference set for 11/2/2007 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. Jury Trial set for 11/5/2007 09:00 AM before Judge Richard G. Stearns.(Johnson, Mary) (Entered: 05/10/2007) |
| 05/10/2007 | | E-Mail Notice re 13 originally issued on 5/10/07 returned as undeliverable. Name of Addressee: Joseph Alden. The ECF Help Desk has contacted the law firm on record, who advised that the attorney is no longer employed by that firm. The attorney?s email address has been removed from the database to prevent the return of additional undeliverable email notices. (Hassett, Kathy) (Entered: 05/10/2007) |
| 09/30/2007 | 14 | NOTICE of Appearance by Scott C. Holmes on behalf of City of Boston |

| | | |
|---|---|---|
| | | (Holmes, Scott) (Entered: 09/30/2007) |
| 10/01/2007 | 15 | NOTICE of Appearance by Anouk Danan on behalf of City of Boston (Danan, Anouk) (Entered: 10/01/2007) |
| 10/03/2007 | | ELECTRONIC NOTICE OF RESCHEDULING: "The trial currently scheduled for November 5, 2007 is rescheduled to 1/7/08. Jury Selection set for 1/7/2008 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. Jury Trial set for 1/7/2008 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. All Trial Documents shall be filed on or before December 28, 2007". R. G. Stearns, USDJ.(Johnson, Mary) Modified on 10/3/2007 (Johnson, Mary). (Entered: 10/03/2007) |
| 10/03/2007 | | ELECTRONIC NOTICE Resetting or Cancelling Hearing. "The Final PretrialConference scheduled for November 2, 2007 is hereby CANCELLED until furtherOrder of the Court." (Johnson, Mary) (Entered: 10/03/2007) |
| 10/04/2007 | 16 | MOTION for Leave to File *Motion for Summary Judgment* by City of Boston.(Danan, Anouk) (Entered: 10/04/2007) |
| 10/04/2007 | 17 | MOTION for Summary Judgment by City of Boston.(Danan, Anouk) (Entered: 10/04/2007) |
| 10/04/2007 | 18 | Statement of Material Facts L.R. 56.1 re 17 MOTION for Summary Judgment, 16 MOTION for Leave to File *Motion for Summary Judgment* filed by City of Boston. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D# 5 Exhibit Exhibit E# 6 Exhibit Exhibit F# 7 Exhibit Exhibit G# 8 Exhibit Exhibit H# 9 Exhibit Exhibit I)(Danan, Anouk) (Entered: 10/04/2007) |
| 10/04/2007 | 19 | MEMORANDUM in Support re 17 MOTION for Summary Judgment, 16 MOTION for Leave to File *Motion for Summary Judgment* filed by City of Boston. (Danan, Anouk) (Entered: 10/04/2007) |
| 10/10/2007 | 20 | NOTICE of Appearance by Susan M. Weise on behalf of City of Boston (Weise, Susan) (Entered: 10/10/2007) |
| 10/10/2007 | 21 | CERTIFICATE OF CONSULTATION re 17 MOTION for Summary Judgment, 19 Memorandum in Support of Motion, 18 Statement of Material Facts L.R. 56.1, 16 MOTION for Leave to File *Motion for Summary Judgment*. (Danan, Anouk) (Entered: 10/10/2007) |
| 10/12/2007 | 22 | Opposition re 16 MOTION for Leave to File *Motion for Summary Judgment* filed by International Salt Company, LLC. (Edmands, Bruce) (Entered: 10/12/2007) |
| 10/18/2007 | 23 | MOTION for Leave to File *Reply Brief to Plaintiff's Opposition to Defendant's Motion for Leave to File Motion for Summary Judgment* by City of Boston. (Attachments: # 1 Exhibit)(Danan, Anouk) (Entered: 10/18/2007) |
| 10/18/2007 | 24 | MEMORANDUM in Support re 23 MOTION for Leave to File *Reply Brief to Plaintiff's Opposition to Defendant's Motion for Leave to File Motion for Summary Judgment* filed by City of Boston. (Attachments: # 1 Exhibit) |

|  |  |  |
|---|---|---|
|  |  | (Danan, Anouk) (Entered: 10/18/2007) |
| 10/19/2007 |  | Judge Richard G. Stearns : Electronic ORDER entered granting 23 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Zierk, Marsha) (Entered: 10/19/2007) |
| 10/19/2007 | 25 | REPLY to Response to Motion re 23 MOTION for Leave to File *Reply Brief to Plaintiff's Opposition to Defendant's Motion for Leave to File Motion for Summary Judgment Leave to File Granted 10/19/07* filed by City of Boston. (Danan, Anouk) (Entered: 10/19/2007) |
| 10/19/2007 |  | Judge Richard G. Stearns : Electronic ORDER entered denying 16 Motion for Leave to File Motion for Summary Judgement as untimely. (Zierk, Marsha) (Entered: 10/19/2007) |
| 10/19/2007 |  | Judge Richard G. Stearns : Electronic ORDER entered finding as moot 17 Motion for Summary Judgment (Zierk, Marsha) (Entered: 10/19/2007) |
| 11/19/2007 | 26 | NOTICE of Appearance by Adam N. Cederbaum on behalf of City of Boston (Cederbaum, Adam) (Entered: 11/19/2007) |
| 01/04/2008 | 27 | STIPULATION *of Facts* by International Salt Company, LLC. (Edmands, Bruce) (Entered: 01/04/2008) |
| 01/04/2008 | 28 | *Joint* Witness List by International Salt Company, LLC. (Edmands, Bruce) (Entered: 01/04/2008) |
| 01/04/2008 | 29 | PRETRIAL MEMORANDUM by International Salt Company, LLC. (Edmands, Bruce) (Entered: 01/04/2008) |
| 01/04/2008 | 30 | PRETRIAL MEMORANDUM by City of Boston. (Cederbaum, Adam) (Entered: 01/04/2008) |
| 01/07/2008 |  | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns: Bench Trial held on 1/7/2008, Day 1. Court hears argument by counsel on a Motion for Judgment on the Pleadings filed by the City of Boston. After hearing, the motion is denied. P-1 sworn. Direct. Cross. Re-direct. Re-cross. Excused. P-2 sworn. Direct. Cross. Re-direct. Re-cross. Excused. D-1 sworn out of turn. Direct. Cross. Re-direct. Re-cross. Excused. Adjourn 1:00 P.M. (Court Reporter: James Gibbons.)(Attorneys present: Attys. Edmands and Vacek for the pltf; Attys. Holmes, Cederbaum, Johnson for the deft.) (Johnson, Mary) Modified on 1/9/2008 (Johnson, Mary). (Entered: 01/09/2008) |
| 01/07/2008 | 31 | MOTION for Judgment on the Pleadings *and Memorandum in Support* by City of Boston.(Cederbaum, Adam) Modified on 1/9/2008 (Johnson, Mary). (Entered: 01/09/2008) |
| 01/07/2008 |  | Judge Richard G. Stearns: Electronic ORDER entered denying 31 Motion for Judgment on the Pleadings. "after hearing this date, the motion is denied." (Johnson, Mary) Modified on 1/9/2008 (Johnson, Mary). (Entered: |

| | | |
|---|---|---|
| | | 01/09/2008) |
| 01/08/2008 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns: Bench Trial held on 1/8/2008, Day 2. P-3 sworn. Direct. Cross. Excused. Plaintiff rests. Defendant files Motion for Judgment as a Matter of Law and Court hears argument on same. After hearing, the motion is denied. D-2 sworn. Direct. Cross. Excused. D-3 sworn. Direct. Cross. Re-direct. Re-cross. Excused. D-4 sworn. Direct. Cross. Re-direct. Re-cross. Excused. Defendant rests. Counsel wish to file further briefs and also request a date for final arguments before the Court. Court instructs counsel to work with the clerk to set up a mutually convenient date for the briefing schedule and final arguments. Adjourn 11:45 A.M. (Court Reporter: James Gibbons.)(Attorneys present: Edmands and Vacek for the pltf. Holmes, Cederbaum, Johnson for the deft.) (Johnson, Mary) Modified on 1/9/2008 (Johnson, Mary). (Entered: 01/09/2008) |
| 01/08/2008 | 32 | MOTION for Judgment as a Matter of Law filed by City of Boston.(Johnson, Mary) (Entered: 01/09/2008) |
| 01/08/2008 | | Judge Richard G. Stearns: Electronic ORDER entered denying 32 Motion for Judgment as a Matter of Law. "after hearing this date, the motion is denied." (Johnson, Mary) Modified on 1/9/2008 (Johnson, Mary). (Entered: 01/09/2008) |
| 01/11/2008 | | ELECTRONIC NOTICE of Hearing : "Final Arguments will be held on February 22, 2008 at 2:00 P.M. in Courtroom #21. Any further briefs shall be filed by February 15, 2008. SO ORDERED." R. G. Stearns, USDJ. (Johnson, Mary) Modified on 1/11/2008 (Johnson, Mary). (Entered: 01/11/2008) |
| 02/08/2008 | 33 | MOTION for Leave to File Excess Pages by City of Boston.(Cederbaum, Adam) (Entered: 02/08/2008) |
| 02/08/2008 | | Judge Richard G. Stearns: Electronic ORDER entered granting 33 Motion for Leave to File Excess Pages. (Johnson, Mary) (Entered: 02/08/2008) |
| 02/15/2008 | 34 | Proposed Findings of Fact by City of Boston. (Cederbaum, Adam) (Entered: 02/15/2008) |
| 02/15/2008 | 35 | Supplemental Proposed Findings of Fact by City of Boston. (Cederbaum, Adam) (Additional attachment(s) added on 2/20/2008: # 1 main document, # 2 part two exhibits) (Flaherty, Elaine). (Entered: 02/15/2008) |
| 02/15/2008 | 36 | TRIAL BRIEF by International Salt Company, LLC. (Attachments: # 1 Exhibit A)(Edmands, Bruce) (Entered: 02/15/2008) |
| 02/20/2008 | | ELECTRONIC NOTICE OF RESCHEDULING (as to the time only): "the time of the final argument hearing on Friday, February 22, 2008 is being moved to 2:30 P.M. instead of 2:00 P.M." Mary Johnson, Deputy Clerk. (Johnson, Mary) Modified on 2/20/2008 (Johnson, Mary). (Entered: 02/20/2008) |
| 02/20/2008 | | Notice of correction to docket made by Court staff. Correction: document 35 corrected because: filed incorrectly by counsel (Flaherty, Elaine) (Entered: |

|  |  | 02/20/2008) |
|---|---|---|
| 04/18/2008 | 37 | Judge Richard G. Stearns: ORDER entered. FINDINGS OF FACT AND CONCLUSIONS OF LAW. For the reasons stated herein, the Clerk will enter judgment for the City of Boston.(Tyler, Rebecca) (Entered: 04/18/2008) |
| 04/23/2008 | 38 | Judge Richard G. Stearns: ORDER entered. JUDGMENT in favor of defendant City of Boston against the plaintiff International Salt Co., LLC. (Johnson, Mary) (Entered: 04/23/2008) |
| 05/15/2008 | 39 | *Plaintiff's* NOTICE OF APPEAL as to 37 Findings of Fact & Conclusions of Law, 38 Judgment by International Salt Company, LLC Filing fee $ 455, receipt number 01010000000001964630 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/4/2008. (Edmands, Bruce) (Entered: 05/15/2008) |